UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT CARDENAS, | Case No. CV 14-4904 (AJW) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

It is adjudged that plaintiff recover nothing, and that defendant is entitled to its costs of suit.

Dated: March 8, 2017

_____
Andrew J. Wistrich
United States Magistrate Judge